UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KATHLEEN M. MIELNICKI,

                      Plaintiff,

    vs                                                5:06-CV-1413

MICHAEL J. ASTRUE,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

OOT & ASSOCIATES, PLLC            NEAL P. McCURN, JR., ESQ.
Attorneys for Plaintiff
503 East Washington Street
Syracuse, NY 13202

SOCIAL SECURITY ADMINISTRATION    TOMASINA DiGRIGOLI, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff filed this action in November 2006, pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3) seeking review of a final decision of the Commissioner of Social Security denying her application for disability insurance benefits and Supplement Security Income.  By Report-Recommendation dated June 4, 2009, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that defendant's motion for judgment on the pleadings should be denied; plaintiff's cross motion for judgment on the pleadings should be granted in part and denied in part and remanded for further reconsideration.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Bianchini, the Report-Recommendation is accepted and adopted in whole. <u>See</u> 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that

1. Defendant's motion for judgment on the pleadings is DENIED;

2. Plaintiff's cross-motion for judgment on the pleadings is GRANTED in part and DENIED in part; and

3. This matter is REMANDED to the Commissioner for further consideration consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 24, 2009
       Utica, New York.